ORIGIN.

**IN THE US DISTRICT COURT**

**DISTRICT OF HAWAII**

BRIAN EVANS, Plaintiff, In Individual Capacity and in Pro Se

General Delivery

Keaau, Hawaii 96749

(617) 599-5040

v.

CERBERUS CAPITAL MANAGEMENT

Cerberus Capital Management, L.P.

875 Third Avenue

New York, NY 10022, Defendant

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 28 2013

at 2 o'clock and 30 min M.
SUE BEITIA, CLERK

CASE NUMBER: **C V13  00267 BMK**

STEWARD HEALTH CARE SYSTEM

500 Boylston Street

Boston, MA 02116, Defendant


HOLY FAMILY HOSPITAL

70 East Street,

Methuen, MA 01844, Defendant


DR. RONALD MARVIN,

29 Stiles Rd Suite 102

Salem, NH 03079, Defendant


DR. SHARDA KAUL

421 Merrimack St,

Ste 101a

Methuen MA 01844, Co-Defendant

DR. ANTHONY STRACESKI

60 East St Suite 2100

Methuen, MA 01844, Defendant


STRYKER

2825 Airview Boulevard

Kalamazoo, Michigan 49002, Defendant

DOES 1-10

**COMPLAINT**


## COMPLAINT FOR PERSONAL INJURY RESULTING IN DEATH, EMOTIONAL DISTRESS, LOSS OF CONSORTIUM

The Defendants killed my mother.

Plaintiff, Brian Evans, brings before this court this Complaint for Personal Injury Resulting In Death, Emotional Distress, and Loss of Consortium (and may Amend this Complaint to add additional allegations).

On October 2nd, 2012, Plaintiff's mother, Helen Marie Bousquet, went to The Holy Family Hospital to have a routine knee operation. Knowing Plaintiff's mother had a condition known as Sleep Apnea, the hospital put her in an unmonitored recovery room. She went into cardiac arrest, and no one even knew what was happening in that room.

Prior to this surgery, the very doctors who cleared her for this surgery were the very same to prescribe her what is called a CPAP (a sleep apnea machine). Plaintiff contacted all of his mother's doctors prior to

the surgery to advise them of his concerns over his mother's Sleep Apnea, and the fact that she had a heart condition known as SVT.

Despite the fact that all of her doctors, the nurses, the hospital, and her surgeon knew she had Sleep Apnea and SVT, they proceeded to put her in an unmonitored recovery room. Just hours before Plaintiff's mother went into cardiac arrest, she had to be given more oxygen. This, apparently, was not an alarm bell for the nurses and on-call doctor at The Holy Family Hospital in Methuen, Massachusetts.

The owner of The Holy Family Hospital, is Steward Health Care System. This organization owns and operates numerous hospitals in Massachusetts, and they have been bombarded with strikes and complaints lodged against them by their very own nurses. More than 1,000 complaints by it's own nurses have been filed against this organizations hospitals...in the last 1 year.

Plaintiff's allegations and accusations against the above Defendants are stated below as to each Defendant.

### CERBERUS CAPITAL MANAGEMENT

Cerberus Capital Management is a private equity firm that owns Steward Health Care System. Not only do they own Steward Health Care System, but they also own The Freedom Group (the gun manufacturing company who actually manufactured the gun used in the recent Newtown shootings). In their efforts to put profit over patient care, this organization did not see to it that the company they owned, Steward Health Care System, had the proper equipment in Plaintiff's mother's room to monitor her condition.

### STEWARD HEALTH CARE SYSTEM

Steward Health Care System operates numerous hospitals, such as The Holy Family Hospital. It has received more than 1,000 complaints, in the last year, filed by its own nurses for putting profit over

patient care. (Numerous exhibits will be provided in Plaintiff's future Opposition to Defendants Motion to Dismiss, which this court can predict as it is reading this is surely on its way). While its CEO is said to earn more than $2 million a year, his hospitals failed to put an $80 monitor in Plaintiff's mother's hospital room which would have monitored her breathing, and would have alerted the hospital as to whether or not she was having any breathing or cardiac issues. Nothing but a bed in a room were provided to Plaintiff's mother following surgery, despite this organizations full knowledge of her pre-existing conditions before she even walked through the front doors of this hospital to die.

## THE HOLY FAMILY HOSPITAL

The Holy Family Hospital allowed Helen Bousquet to die, along with the other Defendants mentioned in this case. Plaintiff received numerous telephone calls from his mother following the surgery complaining she did not "feel good," "nurses won't listen to me," "I keep clicking the clicker and no one answers," and "I can't find my doctor." Plaintiff then telephoned the hospital and spoke to a nurse, and asked the nurse "How are her vitals?" to which the nurse replied, "Her vitals are fine." This answer, provided with full knowledge that Bousquet was not even being monitored in her hospital recovery room. The night before, the day of the surgery, she was in a monitored room and telephoned Plaintiff to advise him that she had a "breathing problem," and that it was "a good thing a nurse came by because I was choking."

Choking. And that didn't require her to be monitored. Needing more oxygen. That didn't require her to be monitored. Gagging in the company of hospital visitors. That didn't require her to be monitored. Throwing up. That didn't require her to be monitored. A known sleep apnea condition. That didn't require her to be monitored. She was simply put into a recovery room and left alone to die.

## DR. RONALD MARVIN

Despite his full knowledge that Plaintiff's mother had Sleep Apnea and SVT, this orthopedic surgeon had no post recovery plan in place to treat Helen Bousquet, knowing she'd be on morphine following the

surgery in her recovery room (morphine is known to slow down the respiratory system even if you don't have a heart condition, which this doctor knew she had). He gave no instructions that she should be monitored given his full knowledge that she had a condition known as Sleep Apnea.

### DR. SHARDA KAUL

Despite co-Defendant Sharda Kaul's full knowledge that Plaintiff's mother was a sufferer of Sleep Apnea and SVT (a heart condition), and the prescriber of her CPAP for home use, Kaul did nothing to prepare for any post-operative care. In short, she let her walk into that hospital, knowing all she knew about Plaintiff's mother, and had nothing in the way of a post-recovery care treatment plan in place.

### DR. ANTHONY STRACESKI

Dr. Anthony Straceski, Bousquet's cardiologist, "cleared" Bousquet for this surgery despite knowning that Stryker, the manufacturer of the "knee implant" she was receiving, did not recommend the implant for overweight patients. It's clearly stated on their website. Bousquet was just five foot two inches and over 55 pounds overweight.

### STRYKER

Stryker, the knee implant manufacturing company, had no warnings about post-operative treatment plans for those who suffer from Sleep Apnea. Only after Bousquet's death, was Stryker even interested in obtaining her "patient records," which Plaintiff believes they should be doing before, not after, their product kills someone. As one of the listed "causes of death" is "total knee replacement," (Stryker's replacement), Stryker is just as culpable in this death, and has numerous lawsuits pending against it, recalls, and class actions for defective products.

### PLAINTIFFS CLAIM OF EMOTIONAL DISTRESS

Plaintiff, Brian Evans, pro se, is filing this lawsuit because the love of his life, his mother, died when she shouldn't have. Plaintiff's life will never be the same, and heartless organizations such as the Defendants are permitted through the quagmire of the Massachusetts state laws and "standard of care," (which the doctors write themselves) to do as they like while making those who suffer, in this case her son, suffer even more. Plaintiff learned that by the death of his mother, that he will proverbial now die twice himself. The first death of the Plaintiff occurred when looking at his lifeless mother, her leg bandaged from the knee surgery that was supposed to have made her life better.

In the ICU room, as Bousquet fought for her life, Plaintiff knew she was gone the moment her saw her. Nurses, in the company of Plaintiff and his family, were laughing over her dying body as if she weren't even in the room, discussing some "guy" they met earlier in the day. An ink pen lay on her chest as if she were just an object. Students went in and out of the room until Plaintiff told them to "get the hell out of here," knowing no permission was ever given to view her naked, dying body, as students took notes around her.

Plaintiff, a professional singer (www.brianevans.com) has been in the entertainment business long enough to know when he is being performed for, and what was happening in the ICU was nothing but a performance: They knew she wasn't coming back from this. As a result of Plaintiff's outcry, Bruce Tarr, the Minority Leader in the Massachusetts State Senate, is now working to create new proposals to legislation to further protect people from what Plaintiff's mother just endured. The Plaintiff asks the court to ponder this: They don't change law if something didn't happen. United States Senator (and now Sec. of State of The United States) personally initiated an investigation into the physicians involved in this case in a direct letter to The Massachusetts Board of Medicine. Numerous Governors, including the Governor of New Hampshire, Governor of Tennessee, and Governor of Illinois have already issued Proclamations in Honor of Helen Bousquet and to bring attention to the condition known as Sleep Apnea.

Plaintiff is bringing this suit in his individual capacity as the son of Helen Marie Bousquet, whom this court would have loved as much as I did. She was not part of Plaintiff's family, she was Plaintiff's *entire* family. Plaintiff's mother will now never hold her grandchild. Plaintiff's mother will now never hold the Grammy she may win this year as a result of her work with her son. Plaintiff's mother will now never write the songs she was going to write for Plaintiff's next music project. Plaintiff will never see her smile at good news again, and all because of these Defendants. Plaintiff has been in "grief therapy" with a Harvard Professor since the week this tragedy occurred, two to three times a week, and Plaintiff has now taken it upon himself to make certain that the years his mother gave up, matter. Plaintiff intends to see to it that the years she sacrificed save others. Plaintiff has set up a website for his mother at www.helenbousquet.com. Oscar winning actor Tom Hanks introduces that website, in tribute to the beloved, wonderful, and irreplaceable, Helen Marie Bousquet.

The defendants robbed her, and they robbed me, her son and Plaintiff, pro se, Brian Evans.

Plaintiff prays this Honorable Court will grant him the latitude of a Pro Se litigant until such time as an attorney is retained to enter this case, and to grant leave to Amend the Complaint in the future, if necessary.

## JURISDICTION

28 U.S.C. §1332, Diversity Jurisdiction in that the claimed amount of relief exceeds $75,000, and all parties reside and/or conduct business in two different states. Plaintiff, a Hawaii resident, is Helen Bousquet's only son.

## RELIEF

Plaintiff, Brian Evans, Pro Se, seeks damages in the amount of $50,000,000 (FIFTY MILLION DOLLARS),

plus any additional award by this court. Plaintiff will then direct this court to directly donate such an

award to charities and causes Plaintiff's mother admired.

BRIAN EVANS

May 23rd, 2013